IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA. | 6:13-cr-00284-AA-2 |
| Plaintiff, | **ORDER** |
| vs. | |
| AGUSTIN GOMEZ-VALENZUELA, | |
| Defendant. | |

AIKEN, District Judge:

Defendant, Agustin Gomez-Valenzuela, moves this Court for an order for sentence relief pursuant to the Nonviolent Offender Relief Act of 2003. However, as the government correctly notes, that bill, which has been introduced in the House of Representatives multiple times, has never been enacted into law by Congress. Further, a district court may not modify a sentence once it has been imposed except under limited circumstances. *See* 18 U.S.C § 3582(c). None of the permissible exceptions are present here. Accordingly, defendant's Motion for Sentence Relief is DENIED.

IT IS SO ORDERED.

Dated this 13 day of November 2017.

                                       /s/ Ann Aiken
                                         Ann Aiken
                                        U.S. District Judge